UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
___

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff,

v

BRIAN WILLIAM KEELY,

    Defendant.

_____/

### NOTICE TO THE PARTIES FROM THE CLERK OF COURT

NOTICE is hereby given that case 1:24-cv-672, which was filed on the Southern Division civil docket has been reassigned by the Clerk to the Southern Division criminal docket for all further proceedings pursuant to the Opinion (ECF No. 18) and Order (ECF No. 19) signed by Chief Judge Hala Y. Jarbou.

ALL FUTURE FILINGS SHOULD REFLECT THE NEW CASE NUMBER OF: **1:24-cr-115**.

Dated: August 27, 2024                                        CLERK OF COURT

                                                                                  By:     /s/ E. Siskind
                                                                                          Deputy Clerk

cc: 62B District Court