UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN,

    Plaintiff,

v.

                               Case No. 1:24-cr-115

                               Hon. Hala Y. Jarbou

BRIAN WILLIAM KEELY,

    Defendant.
_____/

## **ORDER**

The Court held a status conference on the record, with all parties present, on February 24, 2025. For the reasons stated on the record,

**IT IS ORDERED** that the final pretrial conference scheduled for March 19, 2025, and the jury trial scheduled for April 21, 2025, are **ADJOURNED** without date.

**IT IS FURTHER ORDERED** that the State of Michigan's motions in limine (ECF Nos. 56, 57) are **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that an evidentiary hearing is set for April 21, 2025, at 9:00 AM before the undersigned at the federal courthouse in Lansing, Michigan.

Dated: February 25, 2025                      /s/ Hala Y. Jarbou
                                              HALA Y. JARBOU
                                              CHIEF UNITED STATES DISTRICT JUDGE