UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 1:24–cr–00115–HYJ

v.                              Hon. Hala Y. Jarbou

BRIAN WILLIAM KEELY,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Evidentiary Hearing
Date/Time:            April 21, 2025   09:00 AM
Chief Judge:          Hala Y. Jarbou
Place/Location:      128 Federal Building, Lansing, MI

                                     HALA Y. JARBOU
                                     Chief United States District Judge

Dated:  February 25, 2025       By:   /s/ A. Seymore_____
                                        Case Manager