## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**PEOPLE OF THE STATE OF MICHIGAN**
            **Plaintiffs**                                    **Case No. 1:24-cr-00115-HYJ**

**V**                                                        **Hon. HALA Y. JABOU**
                                                            **Chief District Cout Judge**

**BRIAN WILLIAM KEELY,**
            **Defendant**
_____/

**ORONDE C. PATTERSON (P 57211)**
**ERIKA A. TUSAR (P 56831)**
**JOHN S. PALLAS (P 42512)**
**RICHARD L. CUNNIGHAM (P 29735)**
Assistant Attorneys General
Michigan Department of Attorney General
Criminal Division
Cadillac Building
3030 W. Grand Blvd
Suite 10-200
Detroit, MI 48202
(313) 456-0180
Pattersono@michigan.gov
Tusare@michigan.gov
Pallasj@michigan.gov
Cunninghamr@michigan.gov
_____/

**MARC E. CURTIS (P 59274)**
Attorney for Defendant
800 E. Ellis Road
Norton Shores, MI 49441
(231) 375-0971
Mcurtis@defenderoftheblue.com
_____/


### PEOPLE'S EMERGENCY RESPONSE TO DEFEFENSE MOTION TO INSPECT VEHICLE MOTION

NOW COMES the **MICHIGAN DEPARTMENT OF ATTORNEY GENERAL**, by and through, Attorney General DANA M. NESSEL, and Assistant Attorney's General Oronde Patterson (P57211) and Erika Tusar (P56831), and respond to the defense motion to inspect the vehicle Officer Keely was driving during the incident and states as follows:

1. The People wish to be heard on this Motion before the Court rules.

2. The parties have been trying to negotiate with defense counsel for weeks and have offered several solutions to no avail including asking defense counsel to file something with the Court before today's date.

WHEREFORE People respectfully ask that the People be heard before ruling on this Motion and adjourn the defense request.

Respectfully submitted,

_____

Oronde Patterson (P57211)
First Assistant Attorney General
Criminal Trial Division