UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN WILLIAM KEELY,

    Defendant.
_____/

Case No. 1:24-cr-115

Hon. Hala Y. Jarbou

## **ORDER**

Before the Court is Defendant's motion for a subpoena on the Michigan State Police (ECF No. 64). Plaintiff asks for an opportunity to respond to the motion but does not specify why such an opportunity is necessary. Indeed, Defendant can obtain a subpoena from the Clerk of Court without a motion or Court order, and Plaintiff can respond after receiving the subpoena. Consequently, the Court will grant the motion. However, the Court will not direct issuance of the proposed subpoena (ECF No. 64-1), which references a date and time for compliance that has already passed. Accordingly,

**IT IS ORDERED** that Defendant's motion for a subpoena (ECF No. 64) is **GRANTED** as set forth herein.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to issue Defendant a subpoena when presented to the Clerk's office with an updated date and time.

Dated: March 28, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE